UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN PERRY,

                    Plaintiff,

v.                                                    C.A. No. 1:23-CV-10738

JOHN DOE, CVS PHARMACY, INC., et al.

                    Defendants.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant CVS Pharmacy, Inc. ("CVS") hereby gives notice of the removal of the above-captioned action from the Superior Court of Massachusetts, County of Essex, which is the judicial district in which said action is pending, to this Court. The grounds for removal are as follows:

1.      On or about January 9, 2023, the plaintiff Susan Perry commenced a civil action against CVS in the Superior Court of Massachusetts, County of Essex, Docket Number, 2337CV00024 (the "Superior Court Action").

2.      CVS received service of process in this matter no earlier than March 22, 2023, less than thirty (30) days prior to the date of this filing. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

3.      According to the Complaint, the plaintiff alleges that, inter alia, as a result of negligence and breach of duty of care of a pharmacist of CVS, Susan Perry, was caused to suffer serious physical injury, loss of function and mobility, incur expenses for medical treatment, perform her usual duties, restrict her activities, and her ability to lead a normal life has been adversely affected.

4.      This Notice of Removal is filed pursuant to 28 U.S.C. § 1441 and 1332(a) because complete

diversity exists between the plaintiff and the defendant and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.      Plaintiff brought this claim on her own behalf. Plaintiff resides in Massachusetts. Therefore, Plaintiff is citizen of Massachusetts for the purposes of diversity. See 28 U.S.C. § 1332(c)(2).

6.      Defendant CVS Pharmacy, Inc. is a Rhode Island corporation and maintains its principle place of business in Woonsocket, Rhode Island.

7.      The Superior Court of Massachusetts, County of Essex, is located within the jurisdiction of the United States District Court for the District of Massachusetts. Therefore, removal to this Court is proper.

8.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in this case are attached as **Exhibit A**.

9.      A copy of this Notice of Removal shall be filed with the Clerk of the Superior Court of Massachusetts, County of Essex and served on all counsel of record, consistent with 28 U.S.C. § 1446(d).

WHEREFORE, the defendant, having provided notice as is required by law, now remove the above-referenced matter from the Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts.

Defendant,
**CVS Pharmacy, Inc.**
By their attorneys,

/s/ Paul E. Dwyer
Paul E. Dwyer, Esq. (BBO #553848)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Metro East Office Park
117 Metro Center Boulevard, Suite 1004
Warwick, RI 02886
Ph: 401.298.9001
pdwyer@mdmc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 6th day of April 2023, a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court' electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court' CM/ECF System a true and accurate copy of the within was e-filed and mailed to the below individuals:

*Counsel for Plaintiff*
William P. Doyle, III, Esq.
Colonna, Doyle & Simeola
26 Main Street, 3rd Floor
Lynnfield, MA 01940

/s/ Paul E. Dwyer
Paul Dwyer

3